# Third District Court of Appeal

## State of Florida

Opinion filed June 5, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1688
Lower Tribunal No. 22-1842-CA-01

_____

**21 Wynwood Harbor LLC,**
Appellant,

vs.

**5058NW26ST LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Twig, Trade & Tribunal, PLLC, and Morgan L. Weinstein (Fort Lauderdale), for appellant.

Avila Rodriguez Hernandez Mena & Garro LLP, Jennifer N. Hernandez, and Daniel O. Mena, for appellee Wynwood 26 Owner, LLC.

Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.